U.S. Bank N.A. v Wei Feng Zhu (2025 NY Slip Op 03154)

U.S. Bank N.A. v Wei Feng Zhu

2025 NY Slip Op 03154

Decided on May 22, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 22, 2025

Before: Webber, J.P., Moulton, Friedman, Gesmer, Michael, JJ. 

Index No. 850201/22|Appeal No. 4433|Case No. 2024-06235|

[*1]U.S. Bank National Association, etc., Plaintiff-Respondent,
v
Wei Feng Zhu, Defendant-Appellant, Board of Managers of 385 First Avenue Condominium, Defendant.

Jonathan S. Koren, P.C., Brooklyn (Jonathan Koren of counsel), for appellant.
Friedman Vartolo LLP, Garden City (Ronald P. Labeck of counsel), for respondent.

Order of the Supreme Court, New York County (Francis A. Kahn III, J.), entered on or about September 25, 2024, which denied defendant's motion to vacate the judgment of foreclosure and sale, unanimously affirmed, with costs.
Supreme Court providently exercised its discretion in denying defendant's motion, as his moving papers failed to demonstrate a reasonable excuse for the default and a meritorious defense to the action (CPLR 5015[a]). Defendant's bare allegation of law office failure does not constitute a reasonable excuse (see Tao Liu v Sobin Chang, 227 AD3d 410, 410 [1st Dept 2024]). Because defendant has failed to demonstrate a reasonable excuse for his default, we need not determine whether he has offered a meritorious defense (see id. at 411).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 22, 2025